UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NORMAN W. JAHN, )
Plaintiff, )
) No. 2:22-cv-233
-v- )
) Honorable Paul L. Maloney
BAY MILLS COMMUNITY COLLEGE, )
Defendant. )
)

## JUDGMENT

The Court granted Defendant's motion to dismiss. All claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTES.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 28, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge